Lee Seham
Stanley J. Silverstone
Seham, Seham, Meltz & Petersen, LLP
445 Hamilton Avenue, Suite 1204
White Plains, New York 10601
Tel: (914) 997-1346

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
JUAN SERRANO,                                                :
                                                             :
         Plaintiff,                                        :
                                                             :
         v.                                                :  Case No. 08-cv-00202
                                                             :
MARCOSTA CAR WASH CORP.,                                     :  **APPEARANCE**
                                                             :
         Defendant.                                        :
-------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Marcosta Car Wash Corp.

    I certify that I am admitted to practice in this court.

Dated:  April 7, 2008

                                                                 */s/ Stanley J. Silverstone*_____
                                                                 Stanley J. Silverstone
                                                                 **SEHAM, SEHAM, MELTZ & PETERSEN, LLP**
                                                                 445 Hamilton Avenue, Suite 1204
                                                                 White Plains, New York 10601
                                                                  Telephone: (914) 997-1346
                                                                 Fax : (914) 997-7125
                                                                 ssilverstone@ssmplaw.com