**ORIGINAL**

LAW OFFICES OF
ROBERT L. KRASELNIK, PLLC
40 WALL STREET, 28TH FLOOR
NEW YORK, NY 10005
212-400-7160

robert@kraselnik.com
www.kraselnik.com

April 25, 2008

DIRECT: 212-400-7161
FAX: 212-400-7162

**Via FedEx**
The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Serrano, et al., v. Marcosta Car Wash Corp. Case No. 08-cv-00202

Dear Judge Stanton:

Pursuant to permission received from Chambers, enclosed please find the executed settlement agreement for Your Honor's *in camera* review.

If the Court approves this settlement agreement, the parties will file a Stipulation of Dismissal With Prejudice indicating that the Court has reviewed and approved the terms of the settlement agreement. Thank you for your consideration of this matter.

Respectfully submitted,

Robert L. Kraselnik

*Settlement Approved.*
*Louis L. Stanton*
*4/28/08*

cc:  Stanley Silverstone  (FedEx)
     Seham, Seham, Meltz & Petersen, LLP
     445 Hamilton Avenue, Suite 1204
     White Plains, NY 10601