ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN SERRANO, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

Case No.: 08-cv-00202 (LLS)

NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1)(i)

MARCOSTA CAR WASH CORP.

        Defendant.

---

**PLEASE TAKE NOTICE** that the claims of plaintiff, Juan Serrano, are hereby dismissed with prejudice in their entirety as against the defendant, MARCOSTA CAR WASH CORP. pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), without costs or attorneys' fees to any party.

Dated: June 5, 2008
      New York, New York

                                           LAW OFFICES OF
                                           ROBERT L. KRASELNIK, PLLC
                                           Attorneys for Plaintiff
                                           40 Wall Street, 28th Floor
                                           New York, NY 10005
                                           Phone: (212) 400-7160

                                           _____
                                           Robert L. Kraselnik (RK 0684)

SO ORDERED:

_Louis L. Stanton_
    U.S.D.J
    6/7/08

1